UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DHR INTERNATIONAL, INC.,

    Plaintiffs,

    v.

ADAM CHARLSON

    Defendant.
_____

ADAM D. CHARLSON,

    Plaintiff,

    v.

DHR INTERNATIONAL, INC., et al.,

    Defendants.
_____/

No. C 14-1899 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

RELATED CASES

No. C 14-3041 PJH

    Pursuant to Local Rule 72-1, this matter is hereby referred to a Magistrate Judge for resolution of all discovery disputes.

    When a discovery dispute arises, the parties shall first meet and confer in an attempt to resolve it without court intervention.  After the parties have met and conferred, they shall prepare a joint letter of not more than 8 pages with no more than 12 pages of attachments, explaining the dispute.  The joint letter must be e-filed under the Civil Events category of "Motions and Related Filings> Motions--General>Discovery Letter Brief."  The

Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

**IT IS SO ORDERED.**

Dated:  October 7, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge

cc:  MagRef, Assigned M/J, counsel of record